**Dismissed and Memorandum Opinion filed December 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00876-CR
NO. 14-11-00877-CR

_____

**MELVIN LEE PRATT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause Nos. 1237724 & 1298045**

## MEMORANDUM OPINION

Appellant entered a guilty plea to two charges of possession of a controlled substance with intent to deliver. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on September 19, 2011, to confinement in the Institutional Division of the Texas Department of Criminal Justice for twelve years in trial court cause number 1237724 and for six years in trial court cause number 1298045. The sentences were ordered to run concurrently. Appellant filed a pro se notice of appeal in each case. We dismiss both appeals.

In each case, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). In each case, the trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record in each case supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, the appeals are dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).